| | |
|---|---|
| 1 | MICHAEL R. ADELE, State Bar No. 138339 |
|   | TECHNOLOGY LITIGATION CENTER |
| 2 | 828 S. Marjan St., Anaheim CA 92806 |
|   | Telephone: (714) 342-6987 |
| 3 | Email: techlitcenter@yahoo.com |

Attorneys for Plaintiff/Counterdefendant
C. & C. PARTNERS, LTD.

JAMES L. GOLDMAN, State Bar No. 57127
PIRCHER, NICHOLS & MEEKS
1925 Century Park East, Suite 1700
Los Angeles, California 90067

Telephone: (310) 201-8900
Facsimile: (310) 201-8922

Attorneys for Defendant/Counterclaimant
THE OLDE SHOE HOUSE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. & C. PARTNERS, LTD., a California limited liability company,<br><br>　　　　Plaintiff,<br>　vs.<br><br>THE OLDE SHOE HOUSE, an entity of unknown organization, RICHARD HUNT, an individual, and DOES 1 THROUGH 20, inclusive,<br><br>　　　　Defendants.<br>_____<br><br>THE OLDE SHOE HOUSE, LTD., a Canadian corporation,<br><br>　　　　Counterclaimant,<br>　vs.<br><br>C. & C. Partners, LLTD., a California limited liability [sic], and DOES 100 through 120, inclusive,<br><br>　　　　Counterdefendants. | Case No.: SACV11-00762 JVS (JCGx)<br><br>Assigned to: Judge James V. Selna<br>Discovery Mag. Judge: Jay C. Gandhi<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION <u>WITH PREJUDICE</u>** |

**IT IS HEREBY STIPULATED by** and between the Parties to this action through their designated counsel that the entire above-captioned action, including without limitation the Complaint, Counterclaim and all amendments thereto, shall be and hereby is dismissed **with** prejudice pursuant to Rule 41(a)(l)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, with each of the parties to bear their own fees and costs.

**STIPULATED AND AGREED.**

TECHNOLOGY LITIGATION CENTER

Dated: December 20, 2012  _____
MICHAEL R. ADELE, State Bar No. 138339

Attorneys for Plaintiff/Counterdefendant
C. & C. PARTNERS, LTD.


PIRCHER, NICHOLS & MEEKS

Dated: December 20, 2012  _____
JAMES L. GOLDMAN, State Bar No. 57127

Attorneys for Defendant/Counterclaimant
THE OLDE SHOE HOUSE, LTD.

**IT IS SO ORDERED.**

Dated: December 21, 2012  _[signature]_____
Judge of the United States District

CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

_____

MICHAEL R. ADELE (BAR NO. 138339)

TECHNOLOGY LITIGATION CENTER